JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HAFTERLAW**
6851 W. Charleston Boulevard
Las Vegas, Nevada 89117
Tel: (702) 405-6700
Fax: (702) 685-4184
jhafter@hafterlaw.com
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN HASTINGS** and **JILL HASTINGS**, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>**TRIUMPH PROPERTY MANAGEMENT CORPORATION**,<br><br>        Defendants. | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STAY DISCOVERY (Doc. 10)** |

      WHEREAS on April 15, 2016, Defendant TRIUMPH PROPERTY MANAGEMENT CORPORATION ("Defendant") filed its Motion to Stay Discovery (Doc. 10);

      WHEREAS on May 2, 2016, this Court entered its Notice (Doc. 12) to set the hearing on Defendant's Motion to Stay Discovery (Doc. 10) to be heard on May 31, 2016 at 11:00 a.m.;

      WHEREAS on May 2, 2016, Defendant filed a letter to the Court (Doc. 13) requesting that the hearing be continued due to Defendant's counsel being out of the country on the date of

Stipulation and Order to continue hearing on Motion to Stay Discovery - 1

the hearing;

Defendant, through its attorney, Jacob L. Hafter, Esq., of HAFTERLAW, and Plaintiffs through their attorney Michael Kind, Esq. of KAZEROUNI LAW GROUP, APC, hereby STIPULATE AND AGREES as follows:

1. That the hearing set for May 31, 2016 at 11:00 a.m. be continued until after July 11, 2016.

| Respectfully submitted | Approved as to form and content |
|---|---|
| on this 9th day of May, 2016, by: | on this 9th day of May, 2016, |
| **HAFTERLAW** | **KAZEROUNI LAW GROUP, APC** |
| By: _____ | By: /s/ Michael Kind, Esq._____ |
| Jacob L. Hafter, ESQ. | Michael Kind, Esq. |
| Nevada Bar No. 9303 | Nevada Bar No. 13903 |
| 6851 West Charleston Blvd. | 7854 W. Sahara Ave. |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89117 |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

### ORDER

IT IS ORDERED that the parties' Stipulation (Dkt. #20) is GRANTED, and the hearing on the Motion to Stay Discovery (Dkt. #10) currently set for May 31, 2016, is VACATED and CONTINUED to July 19, 2016, at 9:30 a.m. in Courtroom 3B.

IT IS FURTHER ORDERED that the Motion to Continue the Hearing (Dkt. #13) is MOOT.

**IT IS SO ORDERED.**

DATED this 10th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

///

///

Respectfully submitted by:

**HAFTERLAW**

By: _____
JACOB L. HAFTER, ESQ.
Nevada Bar No. 9303
6851 West Charleston Blvd.
Las Vegas, Nevada 89117
*Counsel for Defendant*