Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq.
NV Bar No. 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
sara@westcoastlitigation.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings and Jill Hastings, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Triumph Property Management Corporation and Kixie Online, Inc.,<br><br>Defendants. | Case No: 2:16-cv-00213-JAD-PAL<br><br>**Stipulation for an extension of time to file a Proposed Discovery Plan and Scheduling Order** |

# STIPULATION

Plaintiffs John Hastings and Jill Hastings ("Plaintiffs") and Defendant Triumph Property Management Corporation ("Defendant," and together with Plaintiffs as the "Parties") hereby jointly request that this Court modify its July 19, 2016 Order, requiring the Parties to file a Proposed Discovery Plan and Scheduling Order within 14 days after the decision on the Motion to Dismiss and the Motion to Strike.  ECF No. 28.

Because of the addition of a new party, Kixie Online, Inc., to this action, *see* ECF No. 42, good cause exists to set the filing of a Joint Proposed Discovery Plan and Scheduling Order within 30 days after Kixie Online, Inc. has responded to the Amended Complaint.

Accordingly, the Parties hereby request that they have 30 days from the date which Kixie Online, Inc., has filed a responsive pleading or motion, to file a Joint Proposed Discovery Plan and Scheduling Order.

DATED this 1st day of February 2017.

**KAZEROUNI LAW GROUP**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**HAFTERLAW**

By: /s/  Jacob L Hafter
Jacob L Hafter, Esq.
6851 West Charleston Blvd.
Las Vegas, NV 89117
*Attorney for Triumph Property Management Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2017

1   2   3   4   5   6   7   8   9   10   11   12   13   14   15   16   17   18   19   20   21   22   23   24   25   26   27   28

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that on February 1, 2017, I filed and served the foregoing Stipulation via CM/ECF on all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

BY: /S/ Michael Kind
     Michael Kind