Michael Kind, Esq.
NV Bar No. 13903
**Kazerouni Law Group, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq.
NV Bar No. 13703
**Hyde & Swigart**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
Fax: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiffs John Hastings and Jill*
*Hastings, Individually and on behalf of all*
*others similarly situated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HASTINGS AND JILL HASTINGS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>TRIUMPH PROPERTY MANAGEMENT CORPORATION AND KIXIE ONLINE, INC.<br><br>Defendants. | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW TRIUMPH PROPERTY MANAGEMENT CORPORATION'S MOTION TO DISMISS**<br><br>ECF Nos. 46, 52 |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs, John Hastings and Jill Hastings (hereinafter collectively "Plaintiffs"), and Defendant, Triumph Property Management Corporation (hereinafter "Triumph"), through their respective attorneys of record, and subject to this Honorable Court's

1  approval thereon, that the parties hereto jointly agree and hereby do request that

2  this Honorable Court issue an Order **(i)** permitting Triumph to withdraw without

3  prejudice its pending Motion to Dismiss filed on February 15, 2017 and thereby

4  order the Motion to Dismiss withdrawn , such that none of the parties supporting

5  or opposing the Motion to Dismiss be deemed a prevailing party for the purpose

6  of the Motion to Dismiss and **(ii)** requiring Triumph to file and serve a

7  responsive pleading to Plaintiffs' operative First Amended Complaint no later

8  than 14 days following receipt of notice of this Honorable Court's entry of the

9  Order corresponding with the instant Joint Stipulation.

10       It is further understood and agreed by the parties hereto that it is the intent

11  of Triumph to withdraw its pending Motion to Dismiss and thereby permit

12  Triumph to file and serve a responsive pleading to Plaintiffs' First Amended

13  Complaint, without waiving Triumph's rights to assert any Counterclaims,

14  Crossclaims, Third Party Claims and make any amendments thereto, which

15  Triumph may file and serve in compliance with the *Federal Rules of Civil*

16  *Procedure*.

17       The parties' instant Joint Stipulation is based upon the following general

18  representations:

19       1.     On or around February 3, 2016, Plaintiffs instituted the pending

20  action by filing their Complaint.

21       2.     Thereafter, Triumph's initial counsel of record, Mr. Jacob L. Hafer,

22  Esq. of HafterLaw (hereinafter "HafterLaw"), filed a Notice of Appearance of

23  Counsel on or round March 30, 2016.

24       3.     Subsequently, Triumph, through HafterLaw, filed a Motion to

25  Dismiss, Motion to Strike and Motion to Stay Discovery.

26       4.     Triumph's above-referenced Motions culminated in Plaintiffs'

27  seeking leave to file a First Amended Complaint, which this Honorable Court

28  granted, and resulted in the filing of a First Amended Complaint by Plaintiffs on

or around January 27, 2017, which remains operative.

     5.     Triumph, through its initial counsel of record, HafterLaw, filed a Motion to Dismiss on February 15, 2017, which has not yet been heard by this Honorable Court.

     6.     In or around March 2017, Triumph retained Springel & Fink, LLP for the purpose of representing its interests in the instant action, in lieu of its initial counsel of record, HafterLaw.

     7.     On March 7, 2017, counsel for Plaintiffs and Triumph's newly retained counsel, Springel & Fink, LLP, met and conferred regarding the procedural posture of the pending action, discovery, Triumph's intended withdrawal of its Motion to Dismiss, and Springel & Fink, LLP's substitution as Triumph's attorneys of record, in lieu of HafterLaw.

     8.     At that time, counsel for Plaintiffs and Triumph's newly retained counsel agreed that a withdrawal of Triumph's Motion to Dismiss and the expeditious filing of a responsive pleading in this action by Triumph would be in the best interests of justice and judicial economy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS

9. On March 8, 2017, prior to the filing of the instant Stipulation, Triumph, thorough Springel & Fink, LLP, filed a Substitution of Counsel with this Honorable Court, wherein it respectfully requests that this Court effectuate the Substitution of Counsel filed by Triumph.

Respectfully submitted.

Dated:  March 8, 2017                    SPRINGEL & FINK, LLP


                                          By:  /s/ Leonard T. Fink, Esq.
                                               Leonard T. Fink, Esq.
                                               10655 Park Run Dr., Suite 275
                                               Las Vegas, NV 89144
                                               *Attorneys for Defendant*

Dated:  March 8, 2017                    KAZEROUNI LAW GROUP, APC


                                          By:  /s/ Michael Kind, Esq.
                                               Michael Kind, Esq.
                                               7854 W. Sahara Avenue
                                               Las Vegas, NV 89117
                                               *Attorneys for Plaintiffs*


## ORDER

Based on the parties' stipulation [52] and good cause appearing, IT IS HEREBY ORDERED that Triumph Property Management's **Motion to Dismiss [46] is DEEMED WITHDRAWN** and all deadlines related to that motion are vacated.  Triumph has 14 days to file its answer and any other response to the First Amended Complaint [41].


                                          _____
                                          Jennifer Dorsey
                                          U.S. District Judge  3/9/17

JOINT STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS