UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN HASTINGS, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br><br>TRIUMPH PROPERTY MANAGEMENT CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00213-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 52) |

This matter is before the court on the Substitution of Attorney (ECF No. 52). Leonard T. Fink of Springel & Fink, LLP seeks leave to be substituted in place of Jacob L. Hafter of Hafter Law for Defendant Triumph Property Management Corporation. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 52) is **GRANTED**.
2. Leonard T. Fink of Springel & Fink, LLP is substituted in the place of Jacob L. Hafter of Hafter Law for Defendant Triumph Property Management Corporation, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 15th day of March, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE