LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*
*nduncan@springelfink.com*

Attorneys for Defendant/Cross-Claimant/Counter-Defendant,
*TRIUMPH PROPERTY MANAGEMENT CORPORATION*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOHN HASTINGS AND JILL HASTINGS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIUMPH PROPERTY MANAGEMENT CORPORATION AND KIXIE ONLINE, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY[FIRST REQUEST]** |
| TRIUMPH PROPERTY MANAGEMENT CORPORATION,<br><br>Cross-Claimant,<br><br>vs.<br><br>KIXIE ONLINE, INC.,<br><br>Cross-Defendant. | |

{N0345365;1}

– 1 –

KIXIE ONLINE, INC.,

          Counter-Claimant

vs.

TRIUMPH PROPERTY MANAGEMENT CORPORATION,

          Counter-Defendant.

## **STIPULATION AND ORDER TO EXTEND DISCOVERY**
## **(FIRST REQUEST)**

The parties, by and through their respective, undersigned, attorneys of record, hereby submit this Stipulation and Order to Extend Discovery Deadlines, as detailed below.

Pursuant to LR IA 6-1, this is the first stipulation for extension of time for discovery submitted by the parties. Pursuant to LR II 26-4, the parties agree to extend the discovery deadlines to allow each party to complete the remaining, necessary discovery.

**A. Discovery Completed**

The following discovery has been completed:

1. Plaintiff and Defendants have exchanged FRCP 26 disclosures of witnesses and documents, and supplements thereto;
2. Defendant TRIUMPH PROPERTY MANAGEMENT CORPORATION has propounded written discovery upon Plaintiff; and
3. Plaintiff has propounded written discovery upon Defendants.

**B. Discovery that Remains to Be Completed**

1. Designation of initial and rebuttal expert reports;
2. Depositions of parties;
3. Depositions of experts; and
4. Additional written discovery, if necessary.

**C. Reason Why Remaining Discovery Was Not Completed**

The parties are still conducting discovery, including subpoenaing necessary records to support their case. This short extension will permit the parties to have additional time so that they will not be forced to expend unnecessary time and money preparing initial expert reports, while attempting to obtain additional discovery, only to require the experts to prepare supplemental reports. It will also allow for the experts to obtain all necessary evidence to provide complete opinions and the adequate basis for such, pursuant to FRCP 26(a)(2)(B). Based on the foregoing, good cause exists to extend the discovery deadlines.

**D. Proposed Schedule**

The parties propose the following extended schedule:

| Discovery to be Completed | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Interim Status Report | June 30, 2017 | July 7, 2017 |
| Initial Expert Disclosures | June 30, 2017 | July 31, 2017 |
| Rebuttal Expert Disclosures | July 31, 2017 | August 14, 2017 |
| Close of Discovery | August 29, 2017 | August 29, 2017 |
| Dispositive Motions | September 28, 2017 | September 28, 2017 |
| Pre-Trial Order | October 27, 2017 | October 27, 2017 |

IT IS SO STIPULATED.

DATED this 30th day of June, 2017.　　　　　DATED this 30th day of June, 2017.

SPRINGEL & FINK LLP　　　　　　　　　　KAZEROUNI LAW GROUP, APC

*/s/ Nakesha S. Duncan, Esq.*　　　　　　　　*/s/ Michael Kind, Esq.*
_____　　　　_____
LEONARD T. FINK, ESQ.　　　　　　　　　MICHAEL KIND, ESQ.
Nevada Bar No. 6296　　　　　　　　　　　Nevada Bar No. 13903
NAKESHA S. DUNCAN, ESQ.　　　　　　　7854 W. Sahara Avenue
Nevada Bar No. 11556　　　　　　　　　　Las Vegas, NV 89117
10655 Park Run Drive, Suite 275　　　　　　Attorneys for *PLAINTIFFS*
Las Vegas, Nevada 89144
Attorneys for Defendant/Cross-Claimant/Counter-Defendant,
*TRIUMPH PROPERTY MANAGEMENT CORPORATION*

{N0345365;1}

– 3 –

**STIPULATION AND ORDER TO EXTEND DISCOVERY[FIRST REQUEST]**

DATED this 30th day of June, 2017.

SCHLICHTER & SHONACK, LLP

/s/ Jamie L. Keeton, Esq.
_____
JAMIE L. KEETON, ESQ.
Nevada Bar No. 14068
1404 South Jones Boulevard
Las Vegas, NV 89146
Attorneys for Defendant/Cross- Defendant /Counter- Claimant, *KIXIE ONLINE, INC.*

## **ORDER**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the discovery deadlines are extended, pursuant to the parties' stipulation.

Dated this 30th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE