Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sarah Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiffs John Hastings and Jill Hastings,
Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings and Jill Hastings, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Triumph Property Management Corporation and Kixie Online, Inc.,<br><br>Defendants | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**Stipulation to Extend Time to Respond to Defendant Triumph Property Management Corporation's Motion to Deposit Funds [ ECF No. 73]**<br><br>**First Request** |

IT IS HEREBY STIPULATED between Plaintiffs John Hastings and Jill Hastings ("Plaintiffs") and Defendant Triumph Property Management Corporation ("Defendant" and together with Plaintiffs, the "Parties") pursuant to LR IA 6-1, LR

IA 6-2, and LR 7-1, that the time for Plaintiffs to respond to Defendant's Motion to Deposit Funds, EFC No. 73, is extended to and including **July 19, 2017**. Plaintiffs requested and Defendant agreed to this extension to allow continuing discussions to resolve the pending motion and possible settlement. This is the first request by Plaintiffs for an extension of this deadline.

DATED this 5th day of July 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SPRINGEL & FINK LLP**

By: /s/ Leonard T. Fink
Leonard T. Fink, Esq.
Nakesha S. Duncan, Esq.
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 7-6-17