Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiffs John Hastings and Jill Hastings,
Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings and Jill Hastings, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Triumph Property Management Corporation and Kixie Online, Inc.,<br><br>Defendants. | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**Notice of Settlement** |

# NOTICE

The disputes between Plaintiffs John Hastings and Jill Hastings ("Plaintiffs") and Defendants Triumph Property Management Corporation and Kixie Online, Inc. (jointly as "Defendants") have been resolved on an individual basis.

Plaintiffs anticipate that dismissal documents as to Plaintiffs' claims against Defendants, and Defendants' respective cross claims and counterclaims, will be filed within 60 days—on or before September 11, 2017.

DATED this 12th day of July 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**IT IS ORDERED** that the settling parties shall have until **September 11, 2017**, to file either a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: July 12, 2017

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 12, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117