Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiffs John Hastings and Jill Hastings,
Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings and Jill Hastings, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Triumph Property Management Corporation and Kixie Online, Inc., <br><br> Defendants. | Case No: 2:16-cv-00213-JAD-PAL <br><br> **Joint Status Report regarding Settlement** |

# JOINT STATUS REPORT

The disputes between Plaintiffs John Hastings and Jill Hastings ("Plaintiffs") and Defendants Triumph Property Management Corporation and Kixie Online, Inc. (jointly as "Defendants") have been resolved on an individual basis.

The Parties have finalized their settlement agreement and are waiting for executed copies of the agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendants within 30 days—on or before October 10, 2017.

DATED this 12th day of September 2017.

Respectfully Submitted,

| **Kazerouni Law Group, APC**<br><br>By: /s/ Michael Kind<br>Michael Kind, Esq.<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff*<br><br>**Springel & Fink**<br><br>By: /s/ Leonard T. Fink<br>Leonard T. Fink, Esq.<br>Nakesha S. Duncan, Esq.<br>10655 Park Run Dr., Ste. 275<br>Las Vegas, NV 89144<br>*Attorneys for Triumph Property Management Corporation* | **Schlichter & Showack, LLP**<br><br>By: /s/ Jamie Lynn Keeton<br>Jamie Lynn Keeton, Esq.<br>William Alexander Percy, Esq.<br>2381 Rosencrans Ave., Ste. 326<br>El Segundo, CA 90245<br>*Attorneys for Kixie Online, Inc.* |

**IT IS SO ORDERED** this 12th day of September, 2017.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 12, 2017, the foregoing status report was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
　　Michael Kind
　　6069 South Fort Apache Road, Suite 100
　　Las Vegas, Nevada 89148