Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiffs John Hastings and Jill Hastings*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings and Jill Hastings, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Triumph Property Management Corporation and Kixie Online, Inc.,<br><br>Defendants. | Case No.: 2:16-cv-00213-JAD-PAL<br><br>**Stipulation of Dismissal**<br><br>ECF No. 88 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs John Hastings and Jill Hastings ("Plaintiffs"), and Defendants Triumph Property Management and Kixie Online, Inc. ("Defendants"), stipulate to dismiss Plaintiffs' individual claims with prejudice, and the class claims without prejudice.

Further, all crossclaims and counterclaims between the Parties are hereby dismissed with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of October 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiffs*
*John Hastings and Jill Hastings*

**SPRINGEL & FINK LLP**

By: /s/ Leonard T. Fink
Leonard T. Fink, Esq.
Nakesha S. Duncan, Esq.
10655 Park Run Dr., Ste 275
Las Vegas, NV 89144
*Attorneys for Defendant Triumph*
*Property Management Corporation*

**SCHLICHTER & SHONACK LLP**

By: /s/ Jamie Lynn Keeton
Jamie Lynn Keeton, Esq.
William Alexander Percy, Esq.
2381 Rosecrans Ave., Se. 326
El Segundo, CA 90245-4917
*Attorneys for Defendant*
*Kixie Online, Inc.*

**ORDER**

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

Dated: 10-10-17